No. 544. STANDARD OIL COMPANY (INDIANA) *v.* JAMES R. HENRY. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Indiana denied. *Mr. Samuel D. Miller, Mr. Frank C. Dailey, Mr. William H. Thompson* and *Mr. C. C. LeForgee* for petitioner. *Mr. Edward M. White* for respondent.

No. 547. CUDAHY PACKING COMPANY OF NEBRASKA *v.* MARY ANN PARRAMORE, AS WIDOW, ETC., ET AL. November 13, 1922. Error to the Supreme Court of the State of Utah. Petition for a writ of certiorari herein denied. *Mr. George T. Buckingham,* for plaintiff in error, in support of the petition. *Mr. William A. Hilton,* for defendants in error, in opposition to the petition.

No. 548. STANDARD OIL COMPANY OF LOUISIANA *v.* RAY P. PARHAM. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hunter C. Leake, Mr. Marcellus Green, Mr. Garner W. Green* and *Mr. C. O. Swain* for petitioner. *Mr. William D. Anderson* for respondent.

No. 553. B. F. TRAPPEY & SONS *v.* MCILHENNY COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William L. Symons* for petitioner. *Mr. Joseph S. Clark* and *Mr. Edward S. Rogers* for respondent.

No. 558. FARM MORTGAGE & LOAN COMPANY *v.* JOHN R. HAZEL, JUDGE, ETC. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank Gibbons* for petitioner. *Mr. Frederic H. Cowden* for respondent.